**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kevin S. G. T.,

          Petitioner,

                              **ORDER DISMISSING PETITION**

v.                              **FOR WRIT OF HABEAS CORPUS**

Todd Blanche, Acting Attorney       Civil File No. 26-1651 (MJD/SGE)
General,[1] et al.,

          Respondents.

Christopher P. Renz, Wynne Curtiss, Chestnut Cambronne PA, Counsel for
Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

On March 8, 2026, the Court granted Petitioner's Petition for Writ of

Habeas Corpus and ordered Respondents to immediately release Petitioner into

Minnesota and to return his personal property.  [Doc. 6.]  On March 10, 2026,

Respondents informed the Court that Petitioner had been released from

detention on March 9, and on April 9, 2026, Respondents informed the Court that

all outstanding property issues had been resolved.  [Docs. 8, 9.]

---

[1] On April 2, 2026, Todd Blanche became Acting Attorney General, replacing
Pamela Bondi.  The Court substitutes him as a respondent in his official capacity.
Fed. R. Civ. P. 25(d).

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Kevin S. G. T.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  April 22, 2026                              s/Michael J. Davis
                                                    Michael J. Davis
                                                    United States District Court