# UNITED STATES DISTRICT COURT
## District of Minnesota

Kevin Steven Goyes Trujillo,

Petitioner,

v.

Todd Blanche, Markwayne Mullin,
Todd M. Lyons,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1651 (MJD/SGE)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Kevin S. G. T.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 4/23/2026

KATE M. FOGARTY, CLERK